

FILED & JUDGMENT ENTERED
David E. Weich

Nov 17 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

IN RE:

KAYE S. YAFFE

SSN#: XXX-XX-9224

Chapter 13

CASE NO:     08-32037

## ORDER

Pursuant to Local Rule of Practice and Procedure 1017-1(b), the Court finds and concludes that the Chapter 13 case of the above-referenced debtor should be dismissed for the following reason(s):

The debtor has failed to make sufficient pre-confirmation plan payments to the trustee as required by 11 U.S.C. Section 1326(a).

Based on the foregoing, this Court concludes that this case should be dismissed.
_____

   **IT IS, THEREFORE, ORDERED** that the above-referenced Chapter 13 case be, and is hereby DISMISSED.

Reported and recommended by:

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

/s/ Warren L. Tadlock
_____

  Chapter 13 Trustee

George R. Hodges
_____

UNITED STATES BANKRUPTCY COURT JUDGE